## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on
behalf of a class of all persons and entities similarly
situated,

            Plaintiff

vs.

OASIS POWER, LLC d/b/a OASIS ENERGY

            Defendant.

Case No. 18-479

COMPLAINT-CLASS ACTION

## <u>MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH</u>

Anthony I. Paronich hereby move that I be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches his Affidavit for Admission Pro Hac Vice, which satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

  /s/ *Anthony I. Paronich*
Anthony I. Paronich
Broderick & Paronich, P.C.
99 High St., Suite 304
Boston, MA 02110
(508) 221-1510
anthony@broderick-law.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

  /s/ *Anthony I. Paronich*
Anthony I. Paronich