IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>OASIS POWER, LLC<br><br>    Defendant. | Case No. 2:18CV00479-LPL<br><br>COMPLAINT-CLASS ACTION |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW McCUE**

  Matthew P. McCue hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches his Affidavit for Admission Pro Hac Vice, which satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

  /s/ Matthew P. McCue
Matthew P. McCue
Law Office of Matthew P. McCue, PC
1 South Ave., Third Floor
Natick, MA 01760
(508) 655-1415
mmccue@massattorneys.net

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record or by U.S. Mail postage prepaid direct to the named defendant Gerber Life Insurance Company.

  /s/ *Matthew P. McCue*
Matthew P. McCue