# EXHIBIT B

| Case Info | Parties | Summary | Lawyers |
|---|---|---|---|
| Pittsburgh<br>USDC Western District of Pennsylvania<br>2:18cv479<br>4/12/2018 12:00:00 AM<br>Pittsburgh | Stewart Abramson, Individually And On Behalf Of A Class Of All Persons And Entities Similarly Situated<br>v.<br>Oasis Power Llc Dba Oasis Energy<br><br>Judge: Pupo Lenihan | Complaint. 28:1331 Fed. Question | P: Clayton S. Morrow<br>P. Lawyer Firm: Morrow & Artim Pc |
| Pittsburgh<br>USDC Western District of Pennsylvania<br>2:18tc458<br>4/12/2018 12:00:00 AM<br>Pittsburgh | Stewart Abramson, individually and on behalf of a class of all persons and entities similarly situated<br>v.<br>Oasis Power LLC dba Oasis Energy<br><br>Judge: NA | Unfair business practices class action. Defendant refuses to stop placing autodialed solicitation calls to the plaintiffs' cell phones. | P: Clayton S. Morrow<br>P. Lawyer Firm: Morrow Artim |
| Pittsburgh<br>USDC Western District of Pennsylvania<br>2:18cv104<br>1/24/2018 12:00:00 AM<br>Pittsburgh | Stewart Abramson, individually and on behalf of all persons similarly situated<br>v.<br>Gerber Life Insurance Company<br><br>Judge: Eddy | Unfair business practices class action. Defendant refuses to stop placing obnoxious sales calls to plaintiffs' phones. | P: Clayton S. Morrow<br>P. Lawyer Firm: Morrow Artim |
| Delaware Valley<br>Dauphin County Court of Common Pleas<br>2017-CV-05520-NT<br>7/31/2017 12:00:00 AM | Stewart N. Abramson<br>v.<br>Debra A. Ellick; Tec Secure Incorporated; Tech Secure; Tech Secure Incorporated; Winsecure; Winsupport 24/7; Citibank | Judgment. $6,000. | P: None Listed |
| Pittsburgh<br>USDC Western District of Pennsylvania<br>2:17cv294<br>3/7/2017 12:00:00 AM<br>Pittsburgh | Stewart Abramson, individually and on behalf of a class of all persons and entities similarly situated<br>v.<br>Ascena Retail Group Inc. dba Dressbarn<br><br>Judge: Bissoon | Unfair business practices class action. Defendant refuses to stop sending SMS text message advertisements to plaintiffs' cell phones. | P: Clayton S. Morrow<br>P. Lawyer Firm: Morrow Artim |
| Orlando<br>Orange County Circuit Court<br>2017CA001785<br>2/24/2017 12:00:00 AM | Stewart N. Abramson<br>v.<br>Bee Safe Security LLC: John W. Ashton; Kathleen L. Ashton<br><br>Judge: LeBlanc | Foreign judgment. | P: na |

| Case Info | Parties | Summary | Lawyers |
|---|---|---|---|
| Nevada<br>USDC Nevada<br>2:16cv2962<br>12/21/2016 12:00:00 AM<br>Las Vegas | Stewart Abramson, on behalf of himself and all others similarly situated<br>v.<br>Sperian Energy Corp<br><br>Judge: Boulware | Class action for deceptive trade. Defendant places automated calls to plaintiff's phone. | P: Craig Friedberg |
| New Haven<br>USDC Connecticut - Bridgeport<br>31;16cv2079<br>12/16/2016 12:00:00 AM | Stewart Abramson, on behalf of himself and others similarly situated<br>v.<br>Travelers Property Casualty Corp.<br><br>Judge: Meyer | Class action. Defendant used a vendor to send automated phone calls to plaintiff's cellular phone to advertise its products without plaintiff's permission. | P: Brian Altieri<br>P. Lawyer Firm: Balzano Tropiano |
| Austin<br>USDC Western District of Texas - Austin Division<br>1:16cv1215<br>11/10/2016 12:00:00 AM | Stewart Abramson, individually and on behalf of a class of all persons and entities similarly situated<br>v.<br>CWS Apartment Homes, LLC | Transfer from Western District of Pennsylvania. Telephone Consumer Protection Act. | P: Clayton Morrow<br>P. Lawyer Firm: Morrow & Artim<br>D: David Walton<br>D. Lawyer Firm: Parsons McEntire |
| Illinois<br>Douglas County Circuit Court<br>2016LM30<br>10/20/2016 12:00:00 AM | Stewart N. Abramson<br>v.<br>Skynet Techsolutions Inc. | Law. | P: Attorney not available |
| Pittsburgh<br>USDC Western District of Pennsylvania<br>2:16cv426<br>4/12/2016 12:00:00 AM<br>Pittsburgh | Stewart Abramson, individually and on behalf of a class of all persons and entities similarly situated<br>v.<br>CWS Apartment Homes LLC<br><br>Judge: Cercone | Class action for Telephone Consumer Protection Act. Defendant sent a promotional text message without plaintiff's written consent. | P: Clayton Morrow<br>P. Lawyer Firm: Morrow Artim |
| New York Fed<br>USDC Southern District of New York<br>7:15cv5299<br>7/8/2015 12:00:00 AM<br>White Plains | Stewart Abramson, individually and on behalf of all others similarly situated<br>v.<br>Alpha Gas and Electric LLC<br><br>Judge: Unassigned | Class action Telephone Consumer Protection Act. Defendant used automatic telephone dialing systems to call plaintiff, then hung up, as a way to induce plaintiff to sign up for their system to receive a refund check. | P: Aytan Bellin |

| Case Info | Parties | Summary | Lawyers |
|---|---|---|---|
| Miami Federal USDC Southern District of Florida 0:15cv61373 7/1/2015 12:00:00 AM Ft. Lauderdale | Stewart Abramson v. 1 Global Capital LLC Judge: Bloom | Telephone consumer class action. Defendant sent plaintiff pre-recorded telemarketing calls without his consent. | P: Scott Owens |
| West Virginia USDC Northern District of West Virginia 1:15cv100 6/8/2015 12:00:00 AM Clarksburg | Stewart N. Abramson v. Alliance Security Inc. fka Versatile Marketing Solutions Inc. dba Alliance Home Protection dba VMS Alarms Judge: Keeley | Removal of a complaint from the Circuit Court of Common Pleas of Allegheny County, case number AR 15-000470. | P: Matthew Becker P. Lawyer Firm: Morrow Artim D: Kevin Eddy D. Lawyer Firm: Spilman Thomas |
| Pittsburgh USDC Western District of Pennsylvania 02102015-P-161 2/10/2015 12:00:00 AM Pittsburgh | Stewart N. Abramson v. Alliance Security Inc. fka Versatile Marketing Solutions Inc. dba Alliance Home Protection dba VMS Alarms | Removal of a Telephone Consumer Protection Act lawsuit from the Court of Common Pleas of Allegheny County, case number AR-15-000470. | P: Pro se D: Victoria Summerfield D. Lawyer Firm: Spilman Thomas |
| Pittsburgh USDC Western District of Pennsylvania 2:14cv435 4/3/2014 12:00:00 AM Pittsburgh | Stewart N. Abramson v. Caribbean Cruise Line Inc.; Plaza Resorts Inc. Judge: Cohill | Removal of a civil action from the Court of Common of Allegheny County, case number AR 14-001026. | P: Pro Se D: Bradley Kitlowski D. Lawyer Firm: Buchanan Ingersoll |
| Pittsburgh USDC Western District of Pennsylvania 2:14cv104 1/24/2014 12:00:00 AM Pittsburgh | Stewart N. Abramson v. Huron Law Group PLLC Judge: Cercone | Removal of a civil action from the Court of Common Pleas of Allegheny County, case number AR-14-000028. | P: Pro Se D: Charity Olson |

| Case Info | Parties | Summary | Lawyers |
|---|---|---|---|
| Pittsburgh USDC Western District of Pennsylvania 2:13cv1495 10/15/2013 12:00:00 AM Pittsburgh | Stewart N. Abramson v. Lifewatch Inc. dba LifeWatch USA and as Home Health Alert; Lifewatch Security Inc. dba LifeWatch USA and as Home Health Alert; Harmonious Enterprises Inc. dba LifeWatch USA and as Home Health Alert  Judge: Schwab | Removal of a civil action from the Court of Common Pleas of Allegheny County, case number AR-004302. | P: Pro Se D: John Ebken D. Lawyer Firm: Gordon Rees |
| Pittsburgh USDC Western District of Pennsylvania 2:13cv1260 8/30/2013 12:00:00 AM Pittsburgh | Stewart N. Abramson v. Evolve Bank & Trust | Removal from Court of Common Pleas of Allegheny County, case number AR-13-003227. | P: Pro se D: Gretchen Woodruff Root |
| Colorado Arapahoe County District Court 12cv1323 7/18/2012 12:00:00 AM Centennial | Stewart N. Abramson v. Ambrosia Web Design LLC; Christopher Ambrosia; Autocomp Inc.; Glen Carter  Judge: Rafferty | Notice of filing a foreign judgment. $36,000. | P: Pro se |
| Orange County Orange County Superior Court 00487547CJC 6/27/2011 12:00:00 AM | Stewart N Abramson v. Voiceinc Com Corporation | Enforcement | |
| Orlando Seminole County Circuit Court 10ca0812 2/1/2010 12:00:00 AM Sanford | Stewart N. Abramson v. O'Neil Consulting Group Inc. dba Financial Trust Resources; JTD & Associates Inc. dba Financial Trust Resources; Thomas D. O'Neil  Judge: Rudisill | Foreign judgment. | P: Eric Ludin P. Lawyer Firm: Tucker & Ludin |
| Pittsburgh Allegheny County Court of Common Pleas GD-09-012727 7/13/2009 12:00:00 AM | Stewart Abramson v. FHA All Day.Com; First Executive Holdings of Boca Inc.; G9 Inc.; Karen Grun; Housing Assistance Law Center P.A.; Justin Ramsey; Jason Vitulano; Volcano Leads LLC | Telephone Consumer Protection Act lawsuit. The defendants used an automatic telephone dialing system to call the plaintiff's home in an attempt to solicit his business without permission. | P: Pro Se |

| Case Info | Parties | Summary | Lawyers |
|---|---|---|---|
| Pittsburgh Allegheny County Court of Common Pleas GD-09-010219 6/4/2009 12:00:00 AM | Stewart Abramson v. LSX Pharm Co. dba Lin SX dba ED Pill Store dba ED Online Store dba Online Pharmacy - Internet | Contract action. $93,000. | P: Pro Se |
| Pittsburgh Allegheny County Court of Common Pleas GD-09-009991 6/1/2009 12:00:00 AM | Stewart Abramson v. A Connectionz LLC dba Vacationshub dba UNI Financial Group; Continental Financial Solutions Inc.; Fidelity Family Services Inc. dba United Family Services; Ronald Park; Anthony Rodriguez; United Family Services of Florida Inc.; United First Solutions Inc.; Kevin Zinn | Contract lawsuit. $56,000. | P: Pro Se |
| Middlesex and Norfolk Middlesex County Superior Court 09-2067 5/29/2009 12:00:00 AM Woburn | Stewart Abramson; Susan Abramson v. Auto Dealers Exchange of Concord LLC | Motor vehicle negligence action. | P: Ronald Resmini |
| Miami Federal USDC Southern District of Florida 08CV60350 3/13/2008 12:00:00 AM Ft. Lauderadle | Stewart N. Abramson; Paul F Worsham v. Dale Buird Jr.; Dale R. Burid Sr.; Shawn Buird; Express Consolidations Inc.; The Broadcast Team Inc.; Robert J. Tuttle; Randal L. Leshin PA; Randall L. Leshin: Charles Ferdon; Mark S. Edwards<br><br>Judge: WJZ | Pre-recorded solicitation without prior express consent action. | P: Robert Murphy |
| Pittsburgh Allegheny County Court of Common Pleas GD-05-013727 6/15/2005 12:00:00 AM | Stewart Abramson v. Funco Resorts; Anthony Digiacomo; Florida Professional Alliance Corporation; Mikael Schultz; Total Marketing Group | Tort action. | P: None |