### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OASIS POWER LLC, d/b/a OASIS ENERGY,<br><br>    Defendant. | Civil Action No. 2:18-00479 |

### OASIS POWER, LLC'S MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT

Oasis Power, LLC ("Oasis") hereby moves the Court to dismiss the present action with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Oasis submits its Memorandum of Law in support of its Motion contemporaneously herewith.

Dated: June 18, 2018

Respectfully submitted,

By: /s/ Thomas E. Sanchez
Wendy West Feinstein (Pa. ID 86698)
Thomas E. Sanchez (Pa. ID 311199)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (telephone)
(412) 560-7001 (facsimile)
wendy.feinstein@morganlewis.com
thomas.sanchez@morganlewis.com

*Counsel for Defendant Oasis Power, LLC*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to the Court's Order dated April 23, 2018, I hereby certify that counsel for Oasis Power, LLC conferred with counsel for Stewart Abramson via telephone on June 18, 2018 and attempted in good faith to resolve the issues presented in the foregoing Motion to Dismiss. Despite a good faith effort, Oasis Power, LLC's counsel was unable to resolve by agreement the issues raised in this Motion.

By: /s/ Thomas E. Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2018, a true and correct copy of the foregoing Motion to Dismiss Plaintiff's First Amended Complaint was filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ Thomas E. Sanchez