**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | ELECTRONICALLY FILED |
| Plaintiff, | |
| v. | Case No. 2:18-cv-00479-CB-LPL |
| OASIS POWER, LLC d/b/a OASIS ENERGY, | |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2(C)(4), Thomas E. Sanchez respectfully requests that his appearance on behalf of Defendant Oasis Power, LLC d/b/a Oasis Energy ("Defendant") be withdrawn because he will be departing from the law firm of Morgan, Lewis & Bockius LLP. Defendant will continue to be represented by Wendy West Feinstein of Morgan, Lewis & Bockius LLP, and this Motion does not affect that representation.

Dated: August 14, 2018

Respectfully submitted,

*/s/ Thomas E. Sanchez*
Wendy West Feinstein (PA86698)
Thomas E. Sanchez (PA311199)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (telephone)
(412) 560-7001 (facsimile)
wendy.feinstein@morganlewis.com
thomas.sanchez@morganlewis.com

*Counsel for Defendant Oasis Power, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2018, a true and correct copy of the foregoing Motion for Withdrawal of Counsel was filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Thomas E. Sanchez*
Thomas E. Sanchez