## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON,          )
                                  )

            Plaintiff,       )     Civil Action No. 18-479
                                  )

     v.                      )     Judge Cathy Bissoon
                                  )     Magistrate Judge Lisa Pupo Lenihan

OASIS POWER, LLC, *et al.*,    )
                                  )

            Defendants.    )

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 31, 2018, the Magistrate Judge issued a Report (Doc. 28) recommending that Defendant Oasis's Motion to Dismiss (Doc. 23) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendant's Motion to Dismiss (**Doc. 23**) is **DENIED**, and the Magistrate Judge's Report and Recommendation (Doc. 28) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

August 28, 2018                        s\Cathy Bissoon
                                        Cathy Bissoon
                                        United States District Judge

cc (via ECF email notification):

All Counsel of Record